No. 642. HOOD ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *W. S. Henley, R. W. Thompson, Jr., Albert Sidney Johnston, Jr., Ben F. Cameron, W. W. Dent* and *T. J. Wills* for petitioners. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 645. MINES & METALS CORP. ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioners. *Acting Solicitor General Stern, Roger S. Foster* and *Myer Feldman* for respondent.

No. 650. ROTHSCHILD, TRADING AS GEN-O-PAK CO., *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *Samuel E. Hirsch* for petitioner. *Acting Solicitor General Stern, Acting Assistant Attorney General Hodges, Daniel M. Friedman* and *W. T. Kelley* for respondent.

No. 652. WATERMAN STEAMSHIP CORP. *v.* SHIPOWNERS & MERCHANTS TOWBOAT CO., LTD. ET AL. C. A. 9th Cir. Certiorari denied. *Clarence G. Morse* for petitioner. *Lloyd M. Tweedt* for the Shipowners & Merchants Towboat Co., Ltd., respondent.

No. 653. LONDON & LANCASHIRE INSURANCE CO., LTD. *v.* GAS SERVICE CO. C. A. 8th Cir. Certiorari denied. *Flavius B. Freeman* for petitioner. *Jerome T. Duggan* for respondent.

No. 657. ODELL ET AL. *v.* HUMBLE OIL & REFINING CO. C. A. 10th Cir. Certiorari denied. *W. D. Girand, Jr.* for